IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KODEL FRAZIER § | |
| § | |
| VS. § | |
| § | CASE NO. 3: 15-cv-00208 |
| STELLAR RECOVERY, INC., § | |
| UPG L.L.C. and JNR § | |
| ADJUSTMENT COMPANY, INC. § | |

## SETTLEMENT AGREEMENT BETWEEN KODEL FRAZIER AND JNR ADJUSTMENT COMPANY INC

TO THE HONORABLE UNITED STATES DISTRICT JUDGE

1.   PARTIES:

A.   KODEL FRAZIER is "Plaintiff". Plaintiff is represented by Andres A. Arguello (TBA# 24089970) of Arguello, Hope & Assocs., P.L.L.C., 1110 Nasa Parkway, Suite 620, Houston, Texas 77058 (Ph: 281-532-5529/ Fax: 281-402-3534; Email Andres@simplyjustice.com).

B.   STELLAR RECOVERY, INC. is "Defendant Stellar". Defendant Stellar may be served with notice through its agent for service, Business Filings Incorporated at 701 Brazos St., Ste. 720, Austin, Texas 78701

C.   UPG, LLC is "Defendant UPG". Defendant UPG may be served with notice through its agent for service, Corporate Creations, Network, Inc. at 4265 San Felipe, Ste. 1100, Houston, Texas 77027

D. JNR ADJUSTMENT COMPANY, INC. is "Defendant". Defendant is represented by Mr. William C. Boyd (TBA# 02779000 / Email: wboyd@pattersonboyd.com) and Mr. S. Scott Boyd (TBA# 24026909/ Email: ssboyd@pattersonboyd.com) of Patterson, Boyd & Lowery, P.C., 2101 Louisiana, Houston, Texas 77002 (Phone: 713/222-0351/Fax: 713/759-0642).

2. **SETTLEMENT**

Plaintiff, KODEL FRAZIER, and Defendant JNR ADJUSTMENT COMPANY INC. have agreed to compromise and settle all matters in dispute between these Parties and none others upon the following terms:

1. A Mutual Dismissal with Prejudice will be filed with the Court by which Plaintiff, KODEL FRAZIER, and Defendant JNR ADJUSTMENT COMPANY INC. shall Dismiss with Prejudice all claims arising out of or in connection with, directly or indirectly, the transactions made the basis of the captioned case or that could have been made the basis of the captioned case

2. The Parties shall each bear their own costs and attorney fees.

AGREED:

PATTERSON, BOYD & LOWERY, P.C.

BY: /s/ *WILLIAM C. BOYD*
WILLIAM C. BOYD
T/B/A 02779000;
Southern Bar #36503

S. SCOTT BOYD
T/B/A 24026909;
2101 Louisiana St.
Houston, Texas 77002
Phone: 713-222-0351
Fax: 713-759-0642
Email: wboyd@pattersonboyd.com
Attorneys for Defendant,
JNR ADJUSTMENT COMPANY, INC.


ARTUELLO, HOPE & ASSOCS. PLLC

_____
By   Andres A. Arguello
(TBA# 24089970)
1110 Nasa Parkway
Suite 620
Houston, Texas 77058
(Ph: 281-532-5529/ Fax: 281-402-3534).
Email  Andres@simplyjustice.com
Attorney for Andres@simplyjustice.com