UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KODEL FRAZIER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-208 |
| | § | |
| STELLER RECOVERY, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR DISMISSAL OF JNR COMPANY, INC WITH PREJUDICE

On this the 30th day of September, 2015, the Court considered the foregoing Agreed Joint Motion for Dismissal of JNR ADJUSTMENT COMPANY, INC. with Prejudice in the above-styled and numbered lawsuit. After reviewing the Motion, the Court is of the opinion that all claims and causes of Plaintiff, KODEL FRAZIER against Defendant, JNR ADJUSTMENT COMPANY, INC. should be DISMISSED, WITH FULL PREJUDICE. It is therefore:

ORDERED, ADJUDGED and DECREED, that the Agreed Joint Motion for Dismissal of JNR ADJUSTMENT COMPANY, INC. with Prejudice is GRANTED and Defendant, JNR ADJUSTMENT COMPANY, INC. is hereby dismissed, with full prejudice, from this lawsuit and Plaintiff is barred from re-filing any and all claims and/or causes of action against Defendant at a later date. All costs of court are assessed against the party incurring same.

SIGNED at Galveston, Texas, this 30th day of September, 2015.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge