IN THE UNITED STATES DISTRICT COURT

**FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| KODEL FRAZIER | § | |
| | § | |
| | § | |
| VS. | § | CASE NO. 3:15-CV-00208 |
| | § | |
| STELLAR RECOVERY, INC., | § | |
| UPG LLC, and JNR ADJUSTMENT | § | |
| COMPANY, INC. | § | |

**<u>NOTICE OF SETTLEMENT</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff herein would advise the Court that he and Stellar Recovery, Inc. have reached

a settlement and therefore, request that all deadlines and hearings be suspended pending

documentation of settlement.

DATED: November 6, 2015.

Respectfully submitted,

**ARGUELLO, HOPE, AND ASSOCIATES, PLLC**

By*: /s/ Andres A. Arguello_____*
Andres A. Arguello
State Bar of Texas Number: 24089970
Federal ID Number: 2514173
1110 NASA Parkway, Suite 620
Houston, Texas 77058
(281) 532-5529 Telephone
(281) 402-3534 Facsimile
Andres@simplyjustice.com
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel of record for Stellar Recovery, Inc., on this the 6th day of November, 2015, via ECF system or United States Postal Service in accordance with the Federal Rules of Civil Procedure. Counsel of record for JNR Adjustment Company, Inc. will not be served because JNR Adjustment Company, Inc. has been dismissed from this suit. UPG, LLC will not be served because it has not made an appearance in this suit.

**VIA ECF SYSTEM**
ROBBIE MALONE, P.L.L.C.
Robbie Malone, Esq.
State Bar No. 12876450
rmaolne@rmalonelaw.com
Eugene Xerxes Martin, IV, Esq.
State Bar No. 24078928
xmartin@malonelaw.com
Northpark Central Expressway
Dallas, Texas 75231
(214) 346-2630
(214) 346-2631 (Fax)

**COUNSEL FOR DEFENDANT**
**STELLAR RECOVERY, INC.**

*/s/ Andres A. Arguello*
Andres A. Arguello