United States District Court
Southern District of Texas
**ENTERED**
December 17, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KODEL FRAZIER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-208 |
| | § | |
| STELLER RECOVERY, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR DISMISSAL OF
## STELLAR RECOVERY, INC. WITH PREJUDICE

On this the 17th day of December, 2015, the Court considered the foregoing Agreed Joint Motion for Dismissal of STELLAR RECOVERY, INC. with Prejudice in the above-styled and numbered lawsuit. After reviewing the Motion, the Court is of the opinion that all claims and causes of Plaintiff, KODEL FRAZIER against Defendant, STELLAR RECOVERY, INC. should be **DISMISSED, WITH FULL PREJUDICE**. It is therefore:

ORDERED, ADJUDGED and DECREED, that the Agreed Joint Motion for Dismissal of STELLAR RECOVERY, INC. with Prejudice is **GRANTED** and Defendant, STELLAR RECOVERY, INC. is hereby dismissed with full prejudice, from this lawsuit and Plaintiff is barred from re-filing any and all claims and/or causes of action against Defendant at a later date. All costs of court are assessed against the party incurring same.

SIGNED at Galveston, Texas, this 17th day of December, 2015.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge