United States District Court
Southern District of Texas
**ENTERED**
February 09, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KODEL FRAZIER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-208 |
| | § | |
| STELLER RECOVERY, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Came on to be heard the Motion for Dismissal Without Prejudice (Dkt. 17) in this cause. It appearing to the Court that all matters in controversy between Plaintiff and Defendant UPG, L.L.C., have been fully and finally settled and that such Motion is well taken, the Motion is hereby **GRANTED.**

IT IS ORDERED that this cause be and hereby is dismissed without prejudice to the refilling of same.

IT IS FURTHER ORDERED that all costs of court are taxed against the parties incurring the same.

SIGNED at Galveston, Texas, this 9th day of February, 2016.

_____
George C. Hanks Jr.
United States District Judge